S. Augusta Hull, as Administratrix of the Estate of Edgar G. Hull, Deceased, Respondent, *v.* The New York Central and Hudson River Railroad Company, Appellant.

*Hull* v. *N. Y. C. & H. R. R. R. Co.*, 113 App. Div. 888, affirmed.
(Argued February 28, 1907; decided March 15, 1907.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 15, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of the plaintiff's intestate, alleged to have been caused by defendant's negligence.

*Frederick Collin* and *John B. Stanchfield* for appellant.

*William S. Moore* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Cullen, Ch. J., Edward T. Bartlett, Haight, Vann, Werner, Willard Bartlett and Hiscock, JJ.